# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

M.P.

NO. 2024 KW 0797
(PAGE 1 OF 2)

OCTOBER 21, 2024

---

In Re:   M.P., applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2101151.

---

**BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT GRANTED.** The district court's ruling denying relator's motion to quash is reversed. Pursuant to La. Ch. Code art. 804, "child" is defined as "any person under the age of twenty-one, including an emancipated minor, who commits a delinquent act before attaining seventeen years of age." In this case, it is alleged that relator committed the offense of attempted first degree rape when he was fourteen years old, and thereafter, the State instituted prosecution prior to his twenty-first birthday. Therefore, relator is considered a child for purposes of prosecution. See **State v. Andrews**, 2019-0606 (La. App. 4th Cir. 1/15/20), 364 So.3d 95, 101, writ granted, 2020-00463 (La. 10/14/20), 302 So.3d 1108. Thus, the matter is remanded to the district court for further proceedings.

**JMG**
**TPS**

**Penzato, J.,** dissents and would deny the writ. Louisiana Children's Code article 857(C)(2) provides:

> An adult who is charged with an offense committed at the time he was a child for which the time limitation for the institution of prosecution pursuant to Code of Criminal Procedure Article 571 has not lapsed and for which he was not subject to prosecution as an adult due to his age at the time the offense was committed shall be prosecuted as an adult in the appropriate court exercising criminal jurisdiction. If convicted, he shall be committed to the custody of the Department of Public Safety and Corrections to be confined in secure placement for a period of time as determined by the court not to exceed the maximum amount of confinement he could have been ordered to serve had he been adjudicated for the offense as a child at the time the offense was committed.

In deciding the issue of sex offender registration for offenders who were under 14 at the time of the commission of the offenses of aggravated rape and indecent behavior with juveniles and were 20 and 21 at the time of the institution of prosecution, the Louisiana Supreme Court in **State v. I.C.S.**, 2013-1023 (La. 7/1/14), 145 So.3d 350, 351-52, noted "[t]here is no dispute that Art. 857(C)(2) applies to the defendants in this case, and that they, accordingly, 'shall be prosecuted as an adult in the appropriate court exercising criminal jurisdiction.'" **Id.** at 354. Relevant to their underlying inquiry, the Court found that Article

857(C)(2) provides for prosecution of an adult for a non-prescribed offense he committed as a child.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT